**COSTELLO & MAINS, LLC**
By: Jacquelyn R. Matchett
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZACHARY CHIN | : | |
| Plaintiff(s), | : | Civil Action No.: 1:20-cv-02928 |
| | : | |
| vs. | : | |
| | : | **MOTION FOR APPROVAL OF FAIR** |
| J3Y3, INC. DBA FRIENDLY'S; JAMES YANUCIL AND JOHN DOES 1-5 AND 6-10 | : | **LABORS STANDARDS ACT SETTLEMENT AGREEMENT** |
| Defendant(s). | : | |

Plaintiff Zachary Chin respectfully moves the Court to enter an Order approving Plaintiff and Defendants J3Y3, Inc. and James Yanucil (collectively "the parties") jointly proposed Fair Labor Standards Act Settlement Agreement (the "Proposed Agreement"), a copy of which is attached here to as **Exhibit A**. As grounds for this Motion, Plaintiff states as follows:

1. Plaintiff is a former employee of Defendants and has asserted claims under the Fair Labor Standards Act ("FLSA"). In his Complaint, Plaintiff alleges claims for violations of the FLSA's tip pooling statutes.

2. In this action, Plaintiff asserted he was improperly forced to participate in a tip pool where employees, who did not customarily and regularly receive tips, were given money from the pooled tips.

2. Under the FLSA tip pooling statute, an employer may require an employee for whom the employer takes a tip credit to contribute tips to a pool only if it is limited to employees

who customarily and regularly receive tips. 29 CFR § 531.54(c)(1) and 29 U.S.C. §203.3(m)(2)(A)(ii).

3. The parties completed discovery which culminated in a summary judgment motion by Plaintiff.

4. The Court ruled in favor of Plaintiff and executed an Order and opinion in reference to same. See ECF Docs. 45 and 46.

5. Following the Order, but prior to trial, the parties came to a resolution leading to the present motion.

6. In addition to the grounds stated above, as further grounds for this request, the parties state that all parties have had the opportunity to review, and contribute to, the Proposed Agreement and that the Proposed Agreement is the result of lengthy and thorough negotiations involving counsel and the parties, who engaged in good faith settlement discussions based upon their independent calculations.

7. Defendants consent to the filing of this Motion.

8. Plaintiff further submits the attached Attorney Certification and Brief in support of this motion for the Court's review.

WHEREFORE, we request the Court approve the Proposed Agreement, a copy of which is attached to as **Exhibit A**. A proposed Order is attached hereto as **Exhibit B**.

Dated: May 20, 2023

*/s/ Jacquelyn R. Matchett*
Jacquelyn R. Matchett, Esq.